# REPORT FOLLOWING
## VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:23-cv-00647 | Andrew Ballenger v. Calvin University, et. al. | 05/21/2024 |

**PARTIES**  Attendees

| Name | On Behalf Of |
|---|---|
| Andrew Ballenger | Plaintiff |
| Constance Ballenger | Plaintiff |
| Kevin Van Duyn | Defendant |
| Brian Rosenow | Defendant |
| Andy George | Defendant |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Nicholas Roumel | Plaintiff |
| Joseph Starr | Defendant |
|  |  |
|  |  |
|  |  |
|  |  |

Result:

[✔] Case settled in full - Final paperwork will be filed: <u>within 30 days</u>
[ ] Mediation continuing - Date of Next Session _____
[ ] Not settled - Mediation Completed

Dated: May 28, 2024                    By:  /s/ Lee T. Silver _____
                                            Lee T. Silver
                                            Mediator