UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW BALLENGER,

    Plaintiff,

v.

CALVIN UNIVERSITY, et al.,

    Defendants.

_____/

Case No. 1:23-cv-647

HON. JANE M. BECKERING

## ORDER

This Court having been informed through the filing of the Report Following Voluntary Facilitative Mediation Session (ECF No. 20) of the parties' agreement to settle this matter:

**IT IS HEREBY ORDERED** that appropriate dismissal papers, prepared by counsel for entry by Jane M. Beckering, United States District Judge, shall be filed with the Court no later than June 27, 2024.

Dated: May 29, 2024

   /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge