UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ANDREW BALLENGER,

      Plaintiff,

v

CALVIN UNIVERSITY and
KEVIN VAN DUYN,

      Defendants.

Case No. 23-647

Hon. Jane M. Beckering

| NACHT & ROUMEL, P.C. | STARR, BUTLER & STONER, PLLC |
|---|---|
| Nicholas Roumel (P37056) | Joseph A. Starr (P41651) |
| Attorneys for Plaintiff | Zeth D. Hearld (P79725) |
| 101 N. Main St., Ste. 555 | Attorneys for Defendants |
| Ann Arbor MI 48104 | 20700 Civic Center Dr., Ste. 290 |
| (734) 663-7550 | Southfield, MI 48076 |
| nroumel@nachtlaw.com | (248) 554-2700 |
| | jstarr@starrbutler.com |
| | zhearld@starrbutler.com |

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS AND FEES

WHEREAS, the parties having stipulated to the dismissal of the above referenced case with prejudice and without costs, interest and attorney fees to any party, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-entitled cause be and is dismissed with prejudice and without costs, interest and attorney fees to any party.

Dated: June 27, 2024

/s/ Jane M. Beckering
Jane M. Beckering
U.S. District Court Judge

**Approved as to form and substance:**

s/ Nicholas Roumel (w/consent)
Nicholas Roumel (P37056)
Attorney for Plaintiff

s/ Zeth D. Hearld
Joseph A. Starr (P41651)
Zeth D. Hearld (P79725)
Attorneys for Defendants